UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
FEB 0 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF
By BEN                    DEP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUDITH ORTIZ-RUIZ (1),<br><br>                Defendant. | CASE NO. 11CR5888<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

    8:1326(a) and (b) - Deported Alien Found in the United States

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/1/2012

                                                    Bernard G. Skomal
                                                  U.S. Magistrate Judge